

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00037-CV

**CHIEFTAIN EXPLORATION COMPANY, INC.,**

**Appellant**

**v.**

**GASTAR EXPLORATION LTD., & GASTAR
EXPLORATION TEXAS, LP, AND CUBIC ASSETS, LLC,**

**Appellees**

From the 369th District Court
Leon County, Texas
Trial Court No. NOT-13-126

# O R D E R

Chieftain Exploration Company, Inc.'s Motion to Sever, filed on February 5, 2016, is denied. The automatic bankruptcy stay as to Cubic Assets, LLC has been lifted to permit Chieftain to pursue this appeal.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion denied
Order issued and filed April 21, 2016

